NENA A. SCOTT, APPELLANT, V. FRED F. SCOTT, APPELLEE.

FILED JANUARY 15, 1930. No. 27005.

*Anson H. Bigelow*, for appellant.

*Abbott, Dunlap & Corbett, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, EBERLY and DAY, JJ., and DINEEN, District Judge.

PER CURIAM.

This is an action to recover money damages for the alleged fraud of defendant in procuring a decree of divorce from plaintiff. The district court for Douglas county sustained a special appearance of defendant and plaintiff has appealed.

We have carefully examined the record and find the same

to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.